IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-453-MOC-DCK

| | |
|---|---|
| SCOTT CHAMBERLAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SECURIAN FINANCIAL GROUP, INC. and ) | |
| MINNESOTA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Seal" (Document No. 32) filed August 17, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Defendants' consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Seal" (Document No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following documents be filed under seal: Pages 61-72 of the deposition of Koleen Roach, and Deposition Exhibits 7, 17, 27, 29, 33, 39, 43, 46, 48, 49, 50, 53, 54, and 55. These documents filed under seal will remain under seal until otherwise ordered by the Court.

**SO ORDERED**.

Signed: August 19, 2015

David C. Keesler
United States Magistrate Judge