IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-453-MOC-DCK

| | |
|---|---|
| SCOTT CHAMBERLAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SECURIAN FINANCIAL GROUP, INC. and ) | |
| MINNESOTA LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Seal" (Document No. 36) filed August 27, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's counsel has no objections, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Seal" (Document No. 36) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following documents be filed under seal: Additional Excerpts from the Deposition of Plaintiff. These documents filed under seal will remain under seal until otherwise ordered by the Court.

**SO ORDERED**.

Signed: August 27, 2015

David C. Keesler
United States Magistrate Judge