UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00453-MOC-DCK

| | | |
|---|---|---|
| **SCOTT CHAMBERLAIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SECURIAN FINANCIAL GROUP, INC.** | ) | |
| **MINNESOTA LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motion for Summary Judgment. Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court scheduled and notice defendants' Motion for Summary Judgment (#21) for oral arguments at the next available civil motions day in Charlotte, blocking out one hour.

Signed: September 2, 2015

Max O. Cogburn Jr
United States District Judge