UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00453-MOC-DCK

| | | |
|---|---|---|
| **SCOTT CHAMBERLAIN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SECURIAN FINANCIAL GROUP, INC.** | ) | |
| **MINNESOTA LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on defendants' Motion for Expedited Status Conference. Based on the concerns expressed in such motion, the court will continue this matter from the October 19, 2015, trial calendar and place it on the December 21, 2015, civil trial term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Expedited Status Conference (#46) is deemed to be a Motion for Continuance of Trial and is **GRANTED**, and the trial of this matter is continued to the December 21, 2015, civil trial term. The motion scheduled for oral arguments on October 19, 2015, remain on such calendar.

Signed: September 24, 2015

Max O. Cogburn Jr.
United States District Judge

-1-